UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN REFUGIO RODRIGUEZ, Petitioner, v. ST. ANDRE, Respondent. | No. 2:25-cv-02517-SCR<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the same conviction and sentence challenged in this case. See Rodriguez v. Madden, No. 2:22-cv-01539-WBS-KJN (E.D. Cal.). The previous application was filed on September 1, 2022 and was denied on the merits on August 25, 2023. See Rodriguez v. Madden, No. 2:22-cv-01539-WBS-KJN (E.D. Cal.) at ECF Nos. 1, 28. Before petitioner can proceed with the instant application, he must file a motion in the United States Court of Appeals for the Ninth

Circuit for an order authorizing a second or successive § 2254 petition to be filed. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's § 2254 application must be dismissed without prejudice to its re-filing after obtaining authorization from the United States Court of Appeals for the Ninth Circuit. Until such time, this court lacks jurisdiction to review petitioner's § 2254 application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (ECF No. 7) is granted.

2. Petitioner's motion for discovery (ECF No. 3) is denied as the court lacks jurisdiction over the pending § 2254 application.

3. The Clerk of Court shall randomly assign this matter to a district judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." If petitioner files objections, he shall also address whether a certificate of appealability should issue and, if so, why and as to which issue(s). Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 28, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE